IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

```
IN RE: BENTON M. & TONI L. MARTINS           )
                                             )
                                             )
FIRST FRANKLIN LOAN SERVICE C/O HOME LOAN    )
SERVICES, INC./LASALLE BANK NATIONAL         )
ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH    )
FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE )
LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2)
         Creditor,                           )
    vs.                                      ) CASE NO. 08B70137
                                             ) JUDGE MANUEL BARBOSA
BENTON M. & TONI L. MARTINS,                 )
                                  Debtor     )
```

**<u>RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE</u>**

Now comes First Franklin Loan Service c/o Home Loan Services, Inc./LaSalle Bank National Association, as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-2, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the June 2009 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of May 27, 2009.

    a. Attorney's Fees              $250.00

    b. Property Inspections          $21.50

    Total                           $271.50

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this

notice, First Franklin Loan Service c/o Home Loan Services, Inc./LaSalle Bank National Association, as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-2 rights to collect these amounts will remain unaffected.

        Respectfully Submitted,
First Franklin Loan Service c/o Home Loan Services, Inc./LaSalle Bank National Association, as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-2

/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088